UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CARMEN SIMS

CASE NO. 03-74797-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtor
_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| CARMEN SIMS<br>18611 TRACEY<br>DETROIT, MI 48235-0000<br>SSN: XXX-XX-0291 | N/A | N/A | DEBTOR REFUND | 1242640 | 2/22/10 | $ 1,267.31 |

DATED: March 05, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930      0462421
DETROIT, MICHIGAN 48231-1930

0374797 00000 017414 1242640
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 02/22/2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　Check No: 1242640
Payee: CLERK OF US BANKRUPTCY COURT

| 0374797 | CARMEN SIMS | | | 1,267.31 | 0.00 | 1,267.31 |
|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.　　CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT　　64-79　　CHECK NO. 1242640
TRUSTEE　　　　　　　　　　　　　　P.O. BOX 31-1930　　　　　　　　　　　611
　　　　　　　　　　　　　　　　　　Detroit, MI 48231-1930　　　　　　　　　　　SunTrust Bank
　　　　　　　　　　　　　　　　　　(313)967-9857 FAX

FOR　CARMEN SIMS　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE Feb 22, 2010
　　　BK:0374797 ACCT:
　　　PRIN:　1,267.31　INT:　　0.00　　　　　　　　　　　　　　　　　　　　　　AMOUNT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　******1,267.31
PAY　**1,267.31**
　　　One Thousand Two Hundred Sixty-Seven And 31 / 100 Dollars　　　THIS IS A POSITIVE PAY ACCOUNT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TRUST ACCOUNT
TO　　CLERK OF US BANKRUPTCY COURT　　　　　　　　　　　　　　　　　　VOID OVER $1,267.31
THE　　% DAVID BOICE/ UNCLAIMED　　　　　　　　　　　　　　　　　　　　VOID 90 DAYS AFTER DATE
ORDER 211 W FORT ST
OF　　DETROIT, MI 48226　　　　　　　　　　　　　　　　　　　　　　　　*Tammy L. Terry*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

⑈ 1242640 ⑈  ⑆061100790⑆ 000000 5751516 ⑈

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:　　　　　　　　　　　CASE NO. 03-74797-TJT
CARMEN SIMS　　　　　　　　　　　　　CHAPTER 13 PROCEEDINGS
　　　　　　　　　　　　　　　　　　　　HON. THOMAS J. TUCKER

　　　　　　Debtor
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**STEINBERGER & ASSOCIATES P C**
**17515 W NINE MILE RD #420**
**SOUTHFIELD, MI  48075**

**Last Known Address for Debtor:**

**CARMEN SIMS**
**18611 TRACEY**
**DETROIT, MI  48235**

DATED:  March 05, 2010　　　　　　　　/s/ TAMMY L. TERRY
　　　　　　　　　　　　　　　　　　　TAMMY L. TERRY, STANDING
　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE
　　　　　　　　　　　　　　　　　　　535 GRISWOLD
　　　　　　　　　　　　　　　　　　　SUITE 2100
　　　　　　　　　　　　　　　　　　　DETROIT, MI  48226